IN THE UNITED STATED DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>        Interpleader Plaintiff,<br><br>vs.<br><br>ALAN LIU and LYNN D PREST,<br><br>        Interpleader Defendants. | Case No. 3:23-cv-01455-MO<br><br>**ORDER GRANTING MOTION FOR INTERPLEADER, FEES, AND DISMISSAL** |

This matter came before the Court on Plaintiff's Motion for Interpleader, Dismissal, and Attorney Fees [ECF 22]. Defendant Lynn Prest filed a Sur-Reply on March 27, 2024 [ECF 24]. Upon review,

    IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's Motion [ECF 22] is GRANTED.

    2.    Plaintiff shall deliver the Restrained Proceeds directly to Defendant Lynn Prest minus the amount specified in item (3).

    3.    The Court GRANTS Plaintiff's request for attorney fees and costs in the total amount of $7,220.03, and this amount shall be payable to Plaintiff

from the Restrained Proceeds and become due as of the date of this Order;

4. Plaintiff Wells Fargo Bank, N.A. is discharged from all liability to any of the parties to this action concerning Wells Fargo's obligations related to the Restrained Proceeds, or the bank accounts and financial transactions giving rise to this action;

5. Defendants Alan Liu and Lynn Prest are hereby enjoined and prohibited from instituting any actions against Wells Fargo Bank, N.A. and/or its agents, affiliates, employees, and servants, regarding the Restrained Proceeds, or the bank accounts and financial transactions giving rise to this action; and

6. Wells Fargo Bank, N.A. is hereby dismissed with prejudice as a party to this action.

IT IS SO ORDERED.

DATED April 22, 2024.

_____
HONORABLE MICHAEL W. MOSMAN

ORDER GRANTING MOTION FOR INTERPLEADER, DISMISSAL, AND ATTORNEY FEES